**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARY JONES, | ) | NO. CV 17-7846-CJC (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| XAVIER BECERRA, in his individual capacity, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 3, 2018 .

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE