# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARY JONES,<br><br>              Plaintiff,<br><br>     v.<br><br>XAVIER BECERRA, et. al.,<br><br>             Defendants. | Case No. CV 17-7846-CJC (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed.[1] Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

    **IT IS ORDERED** that Judgment shall be entered DISMISSING this action with prejudice.

---

[1] The Notice of Filing Report and Recommendation and the Report and Recommendation, dated January 12, 2021, were returned to the Court as undeliverable. See Dkt. Nos. 60-61.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment on Plaintiff at her current address of record.

DATED: February 3, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE