JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARY JONES,<br><br>             Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA, et. al.,<br><br>             Defendants. | Case No. CV 17-7846-CJC (AS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: February 3, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE